UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CR-20651-MOORE/Elfenbein

UNITED STATES OF AMERICA

v.

EDUARDO BARNES,

      Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

**THIS CAUSE** has been referred to the undersigned United States Magistrate Judge by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Eduardo Barnes. ECF No. [111].

Upon referral of this matter to the undersigned, the matter was set for a status conference on April 30, 2024, for the purpose of scheduling an evidentiary hearing on the violations alleged in the Superseding Petition for Warrant for Summons for Offender Under Supervision (the "Superseding Petition"). ECF No. [118]. At the status conference, defense counsel had recently been assigned to the case and requested additional time to confer with his client and determine whether an evidentiary hearing would be necessary. ECF No. [123]. The Court scheduled a second status conference, which was held on May 16, 2024, at which time the Parties informed the undersigned that the Defendant intends to admit violations three through seven in the Superseding Petition, ECF No. [118], and the Government intends to dismiss violations one and eight.[1] ECF

---

[1] Magistrate Judge Jonathan Goodman found no probable cause for violation two in the Superseding Petition. ECF No. [119].

1

No. [125]. The Defendant thereafter filed a Notice of Admission to Supervised Release Violations, admitting to violations three through seven alleged in the Superseding Petition, memorializing the Government's representation that it would dismiss violations one and eight, noting Magistrate Judge Jonathan Goodman's finding of no probable cause as to violation two, and requesting that the Honorable K. Michael Moore set this matter for a final revocation hearing. ECF No. [126].

Accordingly, it is the **RECOMMENDATION** of the undersigned that the District Court accept Defendant's admission of guilt as to violations three through seven alleged in the Superseding Petition, ECF No. [118], and set those violations for a final revocation hearing, and that the Court dismiss violations one, two, and eight alleged in the Superseding Petition, ECF No. [118].

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on May 17, 2024.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:
Honorable K. Michael Moore
Counsel of Record